1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD JONES,                          1:17-cv-01616-SKO (PC)

12                      Plaintiff,            ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
13           v.                              EASTERN DISTRICT OF CALIFORNIA

14    C. BALDWIN, et al.,

15                      Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983

19           In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20    violations took place in Solano County, which is part of the Sacramento Division of the United

21    States District Court for the Eastern District of California. Therefore, the complaint should have

22    been filed in the Sacramento Division.

23           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25    will be transferred to the Sacramento Division.

26    / / /

27    / / /

28    / /
                                                    1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **December 6, 2017** /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE